**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

**SHAMIS & GENTILE, P.A.**
Christopher Berman (*pro hac vice*)
cberman@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: 305-479-2299

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| IRVING SERRA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CRUMBL, LLC,<br><br>　　　　Defendant. | Case No. 5:25-cv-00245-SSS-DTB<br><br>**NOTICE OF SETTLEMENT**<br><br>District Judge: Hon. Sunshine Suzanne Sykes<br><br>Magistrate Judge: Hon. David T. Bristow |

Plaintiff, Irving Serra, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days.

Dated: May 21, 2025                    Respectfully submitted,

By: /s/ Scott Edelsberg

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

**SHAMIS & GENTILE, P.A.**
Christopher Berman (*pro hac vice*)
cberman@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: 305-479-2299

*Counsel for Plaintiff*