**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

**SHAMIS & GENTILE, P.A.**
Christopher Berman (*pro hac vice*)
cberman@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: 305-479-2299

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| IRVING SERRA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRUMBL, LLC,<br><br>Defendant. | Case No. 5:25-cv-00245-SSS-DTB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>District Judge: Hon. Sunshine Suzanne Sykes<br><br>Magistrate Judge: Hon. David T. Bristow |

**NOTICE OF DISMISSAL WITH PREJUDICE**

# NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Irving Serra to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Irving Serra, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: June 10, 2025                         Respectfully submitted,

                                             By: /s/ Scott Edelsberg

                                             **EDELSBERG LAW, P.A.**
                                             Scott Edelsberg, Esq. (CA Bar No. 330990)
                                             1925 Century Park E #1700
                                             Los Angeles, CA 90067
                                             Telephone: 305-975-3320
                                             scott@edelsberglaw.com

                                             **SHAMIS & GENTILE, P.A.**
                                             Christopher Berman (*pro hac vice*)
                                             cberman@shamisgentile.com
                                             14 NE 1st Avenue, Suite 705
                                             Miami, FL 33132
                                             Tel: 305-479-2299

                                             *Counsel for Plaintiff*